In the Matter of R. J. P.

No. 80–525–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

Michael D. Coleman, Child Advocate, Warwick, Patricia Beede, Rhode Island Legal Services, Inc., for plaintiff-respondent.

John Edward Farley, Chief Legal Counsel, Dept. for Children and Their Families, Providence, for defendant-petitioner.

## ORDER

Treating the petition for writ of prohibition as a petition for certiorari, said petition is hereby granted. Petitioner's application for stay of proceedings in the Family Court is granted until further order of this court.